FILED US District Court-UT
OCT 18 '23 PM 12:57

TRINA A. HIGGINS, United States Attorney (#7349)
JOEY L. BLANCH, Assistant United States Attorney (#16665)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA MICHAEL BOWDEN, Defendant. Case: 2:23-cr-00376 Assigned To : Campbell, Tena Assign. Date : 10/18/2023 | INDICTMENT Count 1: 18 U.S.C. § 2251(a) and (e), Attempted Production of Child Pornography Count 2: 18 U.S.C. § 2422(b), Coercion and Enticement/Attempted Coercion and Enticement Count 3: 18 U.S.C. § 2252A(a)(1) and (b)(1), Transportation of Child Pornography Count 4: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), Possession of Child Pornography |
|---|---|

The Grand Jury charges:

COUNT 1
18 U.S.C. § 2251(a) and (e)
(Attempted Production of Child Pornography)

On or about September 28, 2023, in the District of Utah,

JOSHUA MICHAEL BOWDEN,

defendant herein, did attempt to employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of 18 U.S.C. § 2251(a) and (e).

COUNT 2
18 U.S.C. § 2422(b)
(Coercion and Enticement)

On or about September 28, 2023, in the District of Utah,

JOSHUA MICHAEL BOWDEN,

defendant herein, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so, namely, Sodomy on a Child Under the Age of 14 in violation of Utah code 76-5-403.1; all in violation of 18 U.S.C. § 2422(b).

## COUNT 3
18 U.S.C. § 2252A(a)(1) and (b)(1)
(Transportation of Child Pornography)

On or before September 28, 2023, in the District of Utah and elsewhere,

JOSHUA MICHAEL BOWDEN,

defendant herein, did knowingly mail and transport and ship any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2252A(a)(1) and (b)(1).

## COUNT 4
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

On or about September 28, 2023, in the District of Utah,

JOSHUA MICHAEL BOWDEN,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B) and

(b)(2).

Pursuant to 18 U.S.C. § 2252A(b)(2), notice is given that at least one image of child pornography possessed by defendant BOWDEN involved a prepubescent minor and a minor who had not attained 12 years of age.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C§§ 2253 and 2428(a), upon conviction of any offense violating 18 U.S.C. § 2251, 2251A, or 2252, 2252A, 2252B, or 2260, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2422 or 2423, the defendant shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or

personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation.

The property to be forfeited includes, but is not limited to, the following:

- Cellular telephone and laptop computer seized from JOSHUA MICHAEL BOWDEN on or about September 28, 2023.

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
JOEY L. BLANCH
Assistant United States Attorney