IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSHUA MICHAEL BOWDEN,<br><br>　　　　　Defendant. | **ORDER STAYING RELEASE UNTIL A HEARING ON THE GOVERNMENT'S APPEAL OF RELEASE ORDER**<br><br>Case No. 2:23-cr-376-TC-CMR<br><br>Judge Tena Campbell<br>Magistrate Judge Cecilia Romero |

　　　　Under 18 U.S.C. § 3145(a), the United States moves the court to stay the release of Defendant Joshua Michael Bowden that was ordered by Magistrate Judge Cecilia M. Romero (see Minute Entry of Oct. 31, 2023, ECF No. 7) until a district judge can hear the government's appeal of that order (ECF No. 9).  The court GRANTS the government's motion for a stay and sets the matter for hearing on November 1, 2023, at 2:30pm in Courtroom 3.100.  The hearing will occur in front of the Honorable Robert J. Shelby.  Judge Romero's order of release is hereby STAYED until Judge Shelby rules on the government's appeal.

　　　　SO ORDERED this 31st day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　　　　United States District Judge