AO 442

# United States District Court

for the

District of Utah

FILED
2023 NOV 3 PM 1:26
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**Joshua Michael Bowden**

Case No: **2:23-CR-00376 TC**

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **JOSHUA MICHAEL BOWDEN**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

Attempted Production of Child Pornography; Coercion and Enticement; Transportation of Child Pornography; Possession of Child Pornography

in violation of   22:2251(a) and (e); 18:2422(b); 18:2252A(a)(1) and (b)(1); 18:2252A(a)(5)(B) and (b)(2)   United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

October 18, 2023 at Salt Lake City, Utah
Date and Location

By: Aimee Trujillo
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/26/23 | Jeff Ross | *[signature]* FBI |
| DATE OF ARREST | | |
| 10/26/23 | | |